159 So. 897

### Stewart YOUNG v. STATE.
### 7 Div. 106.

Court of Appeals of Alabama.
Jan. 22, 1935.

SAMFORD, Judge.
Affirmed.

161 So. 924

### Math, alias Matthew, ZACKERY v. STATE.
### 4 Div. 137.

Court of Appeals of Alabama.
April 30, 1935.

Harry Adams, of Enterprise, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

On conviction the defendant was fined $50, for which he was sentenced twenty days and the court fixed an additional punishment of five months' hard labor. There is no definite sentence to pay the costs and that part of the sentence is void. There is no error of a reversible nature in the record, and the judgment and sentence fixing the punishment at five months and twenty days is in all things affirmed.

Affirmed.

160 So. 925

### Archie ZILLIS v. STATE.
### 8 Div. 119.

Court of Appeals of Alabama.
Feb. 26, 1935.

Rehearing Denied March 19, 1935.

SAMFORD, Judge.
Affirmed.

152 So. 927

### Archie ZILLS v. STATE.
### 8 Div. 882.

Court of Appeals of Alabama.
Jan. 30, 1934.

Wm. Stell and H. H. Hamilton, both of Russellville, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.